```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JEFFREY RAMIREZ,                            :

                      Petitioner,           :

       -against-                            :         **ORDER**

SUPERINTENDENT OF FIVE POINTS               :         20-CV-9147 (PGG) (KNF)
CORR. FAC.,
                                            :
                      Respondent.
--------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The Court extended time to answer the petition to July 19, 2021. See Docket Entry No. 15. The petitioner may file his reply on or before August 16, 2021.

Dated:  New York, New York           SO ORDERED:
        June 8, 2021

                                     _____
                                     KEVIN NATHANIEL FOX
                                     UNITED STATES MAGISTRATE JUDGE